UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN JONES, | Case No. 18-CV-1052 (PJS/HB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on December 28, 2018 [ECF No. 19],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated:  January 2, 2019

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge